UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-53-RBD-LHP
18 U.S.C. § 751(a)

DOMINIC JOHN TADDEO, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 28, 2022, in the Middle District of Florida and elsewhere, the defendant,

**DOMINIC JOHN TADDEO, JR.**,

did knowingly escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of any process issued under the laws of the United States by any court and judge, with the custody and confinement being by virtue of a felony conviction, to wit: the defendant escaped from the Dismas Charities, Inc. Residential Re-Entry Center in Orlando, Florida, where he had been serving a sentence as a result of his prior felony conviction for being unlawfully employed by and associated with an enterprise engaged in conduct affecting interstate commerce, in violation of 18 U.S.C. §§

1962(c), 1963, and 2, in the United States District Court for the Western District of New York.

In violation of 18 U.S.C. § 751(a).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

DOMINIC JOHN TADDEO, JR.

## INDICTMENT

Violation:

18 U.S.C. § 751(a)

A true bill,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

　　Foreperson

Filed in open court this 6th day of _April_, 2022.

_____
　　Clerk

Bail  $_____

GPO 863 525