**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                          CASE NO: 6:22-cr-53-RBD-LHP

DOMINIC JOHN TADDEO, JR.

**NOTICE OF CHANGE OF PLEA HEARING**

TAKE NOTICE that a **Change of Plea hearing** is scheduled for **TUESDAY, MAY 17, 2022** at **2:00 P.M**. This hearing will be held before the **Honorable Leslie Hoffman Price** in **Courtroom No. 5D, Fifth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The Defendant is required to be present.

If there have been any representations or promises made to the Defendant, including that the United States will recommend that the case be handled in an expedited manner, such representations and promises must be set forth in a written document filed with the Court before the Change of Plea hearing begins.

If the Defendant intends to enter a plea of guilty without the benefit of a plea agreement, the United States shall file no later than 48 hours before the Change of Plea hearing, a Notice of Essential Elements, Maximum Penalties and Factual Basis. The Defendant shall file no later than 24 hours before the Change of Plea Hearing, a Notice of Essential Elements, Maximum Penalties and Factual Basis if he/she is not in agreement with the Government's filing. This notice shall set forth the essential elements of each offense to which the Defendant proposes to plead guilty with supporting citation to the Eleventh Circuit Pattern Jury Instructions or other

authority. This notice shall set forth the maximum (and minimum) term of imprisonment, maximum fine, maximum (and minimum) term of supervised release and the special assessment applicable to each offense to which the Defendant intends to plead guilty with supporting statutory citations.

If the Defendant requires the use of an interpreter at the hearing, it is the responsibility of counsel for the Defendant to make arrangements to have the Indictment or Information, Waiver of Indictment (if applicable), Plea Agreement or Notice of Essential Elements and Maximum Penalties, Consent to Proceed Before the Magistrate Judge and Consent to Institute a Presentence Investigation translated for the Defendant before the Change of Plea hearing begins.

Failure to comply with the requirements of this Order may result in cancellation of the scheduled Change of Plea hearing. If the Change of Plea hearing cannot be rescheduled before the beginning of the trial term, the parties must file a motion for permission to conduct the Change of Plea hearing after the beginning of the trial term.

Dated:   May 10, 2022

                                               LESLIE HOFFMAN PRICE
                                         UNITED STATES MAGISTRATE JUDGE

                                         By: Edward Jackson, Courtroom Deputy

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.