UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 6:22-cr-00053-RBD-LHP

DOMINIC JOHN TADDEO, JR.

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

Pursuant to Offense Instruction O25 of the Eleventh Circuit Pattern Jury Instructions, the essential elements of a violation of 18 U.S.C. § 751(a), Escape, are as follows:

First:   the Defendant knowingly escaped from custody; and

Second:  at the time, the Defendant was under judicial process issued by a Federal judicial officer.

To "escape" means fleeing or otherwise leaving another's custody or failing to return to custody while knowing that a detention is lawful. "Custody" means the determining or holding of an individual by a lawful process or authority.

PENALTY

The maximum penalties for the offense charged in Count One of the Indictment are as follows: up to five years' imprisonment (18 U.S.C. § 751(a)); a fine up to $250,000.00 (18 U.S.C. § 3571(b)(3)); up to 3 years' supervised release (18 U.S.C. § 3583(b)(2)); and a special assessment of $100.00 (18 U.S.C. § 3013(a)(2)(A)).

FACTUAL BASIS

Dominic John Taddeo, Jr. ("TADDEO") was previously convicted of being unlawfully employed by and associated with an enterprise engaged in conduct affecting interstate commerce, in violation of 18 U.S.C. §§ 1962(c), 1963, and 2, in the case captioned *U.S. v. Dominic Taddeo*, Case No. CR 90-117 ("Case 90-117") in the United States District Court for the Western District of New York (the "WDNY"). As a result of those convictions, on or about April 15, 1992, TADDEO was sentenced to a total term of imprisonment of 20 years in the Bureau of Prisons (the "BOP"), to run consecutive to sentences imposed against TADDEO in other WDNY cases.

After TADDEO had completed a significant portion of his incarceration for the above convictions, and to ease his eventual transition back into society, BOP permitted TADDEO to serve the remainder of his term of imprisonment at a designated residential re-entry center ("RRC"). Specifically, on February 15, 2022, TADDEO was transferred from the Coleman Correctional Institution ("Coleman") to DISMAS Charities ("DISMAS"), an RRC located in Orlando, Florida. DISMAS is overseen by the BOP, and is an institution or facility designated by the Attorney General.

DISMAS is also a residential community treatment center. TADDEO was in the custody of the BOP while housed at DISMAS.

In connection with his transfer from Coleman to DISMAS, on or about February 15, 2022, TADDEO signed and acknowledged documents which informed TADDEO that his placement at DISMAS was for 361 days, with a projected release date of February 10, 2023. Thus, as TADDEO knew, he was required by BOP to remain at DISMAS in a "Pre-Release Status"[1] until February 2023. Additionally, in connection with his transfer to DISMAS, TADDEO signed documents acknowledging that he had been made aware of certain prohibited acts of residents at the facility, including the failure to return to the facility after having been granted a community pass.[2]

On the afternoon of March 28, 2022, TADDEO was granted a community pass from DISMAS to go to a medical appointment at a medical facility located just over two miles from DISMAS in Orlando, Florida. The community pass provided to TADDEO allowed him to obtain and receive treatment until approximately 5:00 PM that day, which also allowed for travel time. TADDEO was required to return to DISMAS after his medical appointment. However, TADDEO did not return to DISMAS on March 28, 2022, as required. At approximately 5:45 PM that day, staff

---

[1] Pre-Release Status means that TADDEO was still in the custody of BOP and had not completed his term of imprisonment.
[2] A community pass permits a DISMAS resident to leave DISMAS for a limited amount of time, after which the resident is required to return to DISMAS. A community pass specifies where the resident may go, and when the resident must return to DISMAS.

3

from DISMAS attempted to contact TADDEO via telephone, but TADDEO did not answer the phone or return the call to DISMAS. TADDEO never returned to DISMAS. At the time of his escape, TADDEO was under judicial process issued by the WDNY (that is, the sentence imposed in Case 90-117 and other cases).

On April 1, 2022, an arrest warrant for TADDEO was issued in relation to his escape from DISMAS. On April 4, 2022, TADDEO was apprehended by the United States Marshals Service in Miami, Florida. At the time of his arrest, he was in possession of about $5,000.00 and a fraudulent driver's license in the name of a deceased individual.

                                                          Respectfully submitted,

                                                            ROGER B. HANDBERG
                                                            United States Attorney

By:   */s/ Kara M. Wick*
       KARA M. WICK
       Assistant United States Attorney
       FL Bar No. 0085578
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: Kara.Wick@usdoj.gov

U.S. v. Dominic John Taddeo, Jr.  Case No. 6:22-cr-00053-RBD-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

D. Todd Doss, Esq.
Assistant Federal Defender

                                                       /s/ Kara M. Wick
                                                       KARA M. WICK
                                                       Assistant United States Attorney
                                                       FL Bar No. 0085578
                                                       400 W. Washington Street, Suite 3100
                                                       Orlando, Florida 32801
                                                       Telephone:   (407) 648-7500
                                                       Facsimile:    (407) 648-7643
                                                       E-mail: Kara.Wick@usdoj.gov