UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:22-cr-53-RBD-LHP**

**DOMINIC JOHN TADDEO, JR.**

AUSA: Kara Wick

Defense Attorney: D. Todd Doss, Federal Public Defender

| JUDGE: | **ROY B. DALTON, JR.**<br><br>United States District Judge | DATE AND TIME: | **October 17, 2022**<br>2:16 P.M. - 2:47 P.M.<br>3:01 P.M. - 3:07 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First<br>amiefirst.courtreporter@<br>gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Jennifer Trittipo |
| TOTAL TIME: | 37 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.

Defendant is adjudged guilty as to **Count One** of the **Indictment**.

**IMPRISONMENT**: 36 MONTHS. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number CR-90-00117T, U.S. District Court, Western District of New York.

**SUPERVISED RELEASE**:   1 YEAR.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
-   Collection of DNA

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.