UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 6:22-cr-53-RBD-LHP

DOMINIC JOHN TADDEO, JR.,

    Defendant.
_____/

**NOTICE OF APPEAL**

    NOTICE IS HEREBY GIVEN that Defendant, Dominic John Taddeo, Jr., pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's sentence announced in this matter on October 24, 2022.

                                        Respectfully submitted,

                                        A. Fitzgerald Hall, Esq
                                        Federal Defender, MDFL

                                        s/ *D. Todd Doss*
                                        D. Todd Doss, Esq.
                                        Assistant Federal Defender
                                        Florida Bar No. 0910384
                                        201 S. Orange Avenue, Suite 300
                                        Orlando, Florida 32801
                                        Telephone: 407-648-6338
                                        Facsimile: 407-648-6095
                                        E-Mail: todd_doss@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send notice of the electronic filing to Kara Wick, Assistant United States Attorney, this the 25th day of October 2022.

*s/ D. Todd Doss*
D. Todd Doss, Esq.
Assistant Federal Defender